## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| EDDIE JEROME MAYS,<br><br>*Plaintiff*,<br><br>vs.<br><br>CENTRAL STATES SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and UPS PENSION PLAN,<br><br>*Defendants.* | Case No. 08-2655-EFM |

### ORDER

Upon consideration of Magistrate Judge Donald W. Bostwick's Report and Recommendations (Doc. 6) and plaintiff's objection (Doc. 7) this Court accepts the recommended decision of the Magistrate Judge and adopts it as its own.  Therefore, this case is dismissed for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. §1915(e).

**IT IS SO ORDERED.**

Dated this 17th day of July, 2009, in Wichita, Kansas.

/s Eric F. Melgren  
ERIC F. MELGREN  
UNITED STATES DISTRICT JUDGE